# DOUGLAS JOE AND JAN DENISE BATES
## CHAPTER 7 LIQUIDATION ANALYSIS

### ASSET AND EXEMPTION ANALYSIS

| Asset Description | Value on Petition Date | Present Value | Security Interest / Lien /Exempt | Non-exempt Equity/ Available for Distribution |
|---|---|---|---|---|
| Cash, including money in bank | 24,161 | 24,161 | 1,450 | $22,611 |
| Security Deposits, subject to setoff | 0 | 0 | 0 | $0 |
| Household goods and furnishings | 4,500 | 4,500 | 4,500 | $0 |
| Books, pictures and other art objects | 625 | 625 | 625 | $0 |
| Wearing apparel | 500 | 500 | 500 | $0 |
| Wedding rings | 4,700 | 4,700 | 2,300 | $2,400 |
| Other jewelry | 300 | 300 | 300 | $0 |
| Stock and interests in incorporated and unincorporated businesses - Deo Volente, LLC | 0 | 0 | 0 | $0 |
| Stock and interests in incorporated and unincorporated businesses - MgWatt, LLC | 0 | 0 | 0 | $0 |
| One account receivable | 8,322 | 8,322 | 0 | 8,332 |
| Possible medical malpractice claim - unknown value | 0 | 0 | 0 | $0 |
| Possible claim for disability benefits | 0 | 0 | 0 | $0 |
| Possible claim against Bank of America relating to houses loan - unknown value | 0 | 0 | 0 | $0 |
| 2004 Toyota Camry automobile | 6,300 | 6,300 | 6,300 | $0 |
| 2009 Toyota Corolla sedan- husband owned jointly with daughter and in daughter's possession | 8,700 | 8,700 | 8,700 | $0 |
| Computer/office equipment, professional books | 600 | 600 | 600 | $0 |
| **TOTALS** | **$58,708** | **$58,708** | **$25,275** | **$33,343** |
| **AVAILABLE FOR DISTRIBUTION** | | | | **$33,343** |

### ANALYSIS OF DISTRIBUTION IN CHAPTER 7

| | |
|---|---|
| Total available for Distribution | $33,343 |
| Costs of Administration | |
| Trustee's Fee | $ 4,084 |
| Trustee's Expenses | $   750 |
| Costs of sale at 15% | $   675 |
| Trustee's Attorney's fee and expenses | $ 2,000 |
| Total Costs of Administration | $ 7,259 |
| Available for Distribution to Creditors | $26,084 |
| Priority Claims (taxes) | $22,603 |
| Available for Unsecured Creditors | $ 3,481 |