| BATES | Sep-12 | Oct-12 | 12-Nov | Dec-12 | Jan-12 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Douglas J Bates | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| Jan D Bates | | | | | | | | | | | | | |
|   Total Monthly Income | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| **Expenses** | | | | | | | | | | | | | |
| Rent | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
| Utilities | | | | | | | | | | | | | |
|   Electricity and heating | $ 340.00 | $ 140.00 | $ 175.00 | $ 260.00 | $ 315.00 | $ 325.00 | $ 260.00 | $ 240.00 | $ 175.00 | $ 350.00 | $ 350.00 | $ 425.00 | $ 279.58 |
|   Water and sewer | $ 45.00 | $ 45.00 | $ 45.00 | $ 45.00 | $ 45.00 | $ 45.00 | $ 45.00 | $ 45.00 | $ 45.00 | $ 45.00 | $ 45.00 | $ 45.00 | $ 45.00 |
|   Cable TV / land phone | $ 133.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 139.42 |
|   Mobile phone | $ 285.00 | $ 285.00 | $ 285.00 | $ 285.00 | $ 285.00 | $ 285.00 | $ 285.00 | $ 285.00 | $ 285.00 | $ 285.00 | $ 285.00 | $ 285.00 | $ 285.00 |
| Home maintenance | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 |
| Food | $ 915.00 | $ 915.00 | $ 915.00 | $ 915.00 | $ 915.00 | $ 915.00 | $ 915.00 | $ 915.00 | $ 915.00 | $ 915.00 | $ 915.00 | $ 915.00 | $ 915.00 |
| Household consumables | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Clothing | $ 252.00 | $ 252.00 | $ 252.00 | $ 252.00 | $ 252.00 | $ 252.00 | $ 252.00 | $ 252.00 | $ 252.00 | $ 252.00 | $ 252.00 | $ 252.00 | $ 252.00 |
| Laundry / dry cleaning | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 |
| Medical and dental | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 333.33 |
| Transportation | | | | | | | | | | | | | |
|   Fuel | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
|   Service | $ - | $ 200.00 | $ - | $ - | $ 50.00 | $ - | $ - | $ 50.00 | $ 1,000.00 | $ - | $ - | $ 40.00 | $ 121.82 |
| Recreation | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Charitable contributions | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Insurance | | | | | | | | | | | | | |
|   Renter's | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 750.00 | $ - | $ - | $ - | $ 62.50 |
|   Life | $ 37.96 | $ 37.96 | $ 37.96 | $ 37.96 | $ 37.96 | $ 37.96 | $ 37.96 | $ 37.96 | $ 37.96 | $ 37.96 | $ 37.96 | $ 37.96 | $ 37.96 |
|   Health | $ 419.00 | $ 419.00 | $ 419.00 | $ 419.00 | $ 419.00 | $ 419.00 | $ 419.00 | $ 419.00 | $ 419.00 | $ 419.00 | $ 419.00 | $ 419.00 | $ 419.00 |
|   Auto | $ - | $ - | $ 300.00 | $ - | $ - | $ - | $ - | $ - | $ 300.00 | $ - | $ - | $ - | $ 50.00 |
| Taxes | | | | | | | | | | | | | |
|   Personal property | $ - | $ - | $ - | $ 175.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.58 |
|   Federal Income | $ 6,000.00 | $ - | $ - | $ - | $ 5,000.00 | $ - | $ - | $ 6,000.00 | $ - | $ 3,000.00 | $ - | $ - | $ 1,666.67 |
|   State Income | $ 1,800.00 | $ - | $ - | $ - | $ 1,000.00 | $ - | $ - | $ 1,000.00 | $ - | $ 700.00 | $ - | $ - | $ 375.00 |
| Business Expenses | | | | | | | | | | | | | |
|   Bank Charges | $ 12.00 | $ 12.00 | $ 12.00 | $ 12.00 | $ 12.00 | $ 12.00 | $ 12.00 | $ 12.00 | $ 12.00 | $ 12.00 | $ 12.00 | $ 12.00 | $ 12.00 |
|   Office supplies | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 |
|   Travel & entertainment | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 | $ 30.00 |
|   Mobile phone | $ 190.00 | $ 190.00 | $ 190.00 | $ 190.00 | $ 190.00 | $ 190.00 | $ 190.00 | $ 190.00 | $ 190.00 | $ 190.00 | $ 190.00 | $ 190.00 | $ 190.00 |
|   Internet | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 |
|   Education | $ 93.00 | $ 93.00 | $ 93.00 | $ 93.00 | $ 93.00 | $ 93.00 | $ 93.00 | $ 93.00 | $ 93.00 | $ 93.00 | $ 93.00 | $ 93.00 | $ 93.00 |
|   Postage, dues & misc | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 |
| Personal Care | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
|   Gifts | $ 50.00 | $ 50.00 | $ 50.00 | $ 500.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 87.50 |
|   Cigarettes | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 |
| Total monthly expenses | $ 13,506.96 | $ 5,713.96 | $ 5,848.96 | $ 6,258.96 | $ 11,938.96 | $ 5,898.96 | $ 5,833.96 | $ 12,863.96 | $ 7,798.96 | $ 9,623.96 | $ 5,923.96 | $ 6,038.96 | $ 8,104.21 |
| Plan Payment | $ - | $ - | | $ - | $ 2,400.00 | $ - | $ - | $ 2,400.00 | $ - | $ - | $ 2,400.00 | $ - | $ 720.00 |
| Net Income (Loss) | $ (4,506.96) | $ 3,286.04 | $ 3,151.04 | $ 2,741.04 | $ (2,938.96) | $ 701.04 | $ 3,166.04 | $ (3,863.96) | $ (1,198.96) | $ (623.96) | $ 3,076.04 | $ 561.04 | $ 895.79 |